IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FIDELITY AND GUARANTY INSURANCE COMPANY,

      Plaintiff,

      v

RCMC, INC, et al,

      Defendants.

      No C 06-4945 VRW

      ORDER

Plaintiff, by ex parte motion pursuant to FRCP 64 and California Code of Civil Procedure ("CCP") §485.210, seeks writs of attachment for ten pieces of real estate owned by individual defendants. Doc #29. In the alternative, plaintiff requests a temporary protective order prohibiting defendants from transferring or encumbering, directly or indirectly, any interest in non-exempt property. Id at 11.

Defendants Douglas Y Anderson, Marla N Anderson, Michael A Soave, Martha S Soave, Richard M Moser and Jacoba P Moser filed an opposition memorandum on September 13, 2006. Doc #46.

1 Defendants RCMC, Inc, Peter A Richardson, Helon L Chichester, James
2 W Lamber, Clifford M McClure and Diana McClure filed a separate
3 opposition memorandum on September 14, 2006.  Doc #49.  Defendants'
4 opposition papers primarily challenged the requirement that an ex
5 parte motion show great or irreparable injury pursuant to Cal Code
6 Civ Proc ("CCP") §485.010.  Plaintiff responded with a reply and a
7 supplemental declaration from James D Curran that included specific
8 allegations with independent document evidence that were not
9 included in plaintiff's original motion.  Docs #56, #57.

10         Because every defendant has now filed opposition the
11 matter is no longer subject to the ex parte procedure contemplated
12 by CCP §485.010.  Plaintiff's applications for writs of attachment
13 will, therefore, be evaluated pursuant to CCP §484.090, governing
14 the issuance of writs of attachment pursuant to noticed
15 applications.

16         The court will allow defendants to submit surreply
17 memoranda on or before October 10, 2006.  This matter will be
18 decided upon the papers unless the court otherwise orders.

20         SO ORDERED.

23         VAUGHN R WALKER
24         United States District Chief Judge

**United States District Court**
For the Northern District of California

**2**