IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FIDELITY AND GUARANTY INSURANCE       No C 06-4945 VRW
COMPANY,                                ORDER
         Plaintiff,
         v
RCMC, INC, et al,
         Defendants.
                                       /

        Plaintiff seeks a partial summary judgment order assigning assets from defendants to plaintiff pursuant to an indemnity contract. Doc #99. The assets at issue include three state lawsuits filed by defendants. Id at 5. Plaintiff, by ex parte motion, also seeks a temporary restraining order preventing defendants from settling or exercising control over the lawsuits at issue. Doc #107.

        The parties shall be prepared to discuss both motions at the previously scheduled hearing on January 11, 2007, at 2:00 pm. Defendants shall file a joint brief in opposition to plaintiff's motions for a temporary restraining order and partial summary judgment on or before January 2, 2007, not to exceed 35 pages. Plaintiff shall file a joint reply brief on or before January 8, 2007, not to exceed 20 pages.

        SO ORDERED.

_____

**VAUGHN R WALKER**

**United States District Chief Judge**