IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| FIDELITY AND GUARANTY INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v<br><br>RCMC, INC, et al,<br><br>　　　　Defendant.<br>_____/ | No   C  06-4945  VRW<br><br>ORDER |

　　Plaintiff Fidelity and Guaranty Insurance Company requests the court's assistance in resolving a discovery dispute detailed in a letter dated March 7, 2007.  Defendants are ordered to submit a joint reply letter, not to exceed four pages, on or before March 20, 2007.

　　IT IS SO ORDERED.

                                                     /s/ Vaughn Walker

　　　　　　　　　　　　　　　　VAUGHN R WALKER
　　　　　　　　　　　　　　　　United States District Chief Judge