IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDELITY AND GUARANTY INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>      v<br><br>RCMC, INC, et al,<br><br>            Defendant.<br>_____ / | No  C 06-4945 VRW<br><br>ORDER |

The dispositive motion hearing date in this case is currently set for May 3, 2007.  Pursuant to Civil Local Rule 7, plaintiff filed its motion for summary judgment against all defendants on March 29, 2007, "not less than 35 days" before the hearing date.  Doc ##137-143.  Defendants Douglas and Marla Anderson, Michael and Martha Soave, and Richard and Jacoba Moser (the "Anderson defendants") filed a joint opposition to the motion on April 12, 2007, "not less than 21 days" before the hearing date Doc ##146-148.  Plaintiff filed a timely reply on April 19, 2007. Doc ##149-153.

On April 20, 2007, a full eight days late and after plaintiff completed its briefing, defendants RCMC, Inc, Peter Richardson, Clifford and Dianna McClure, Helon Chichester and James Lambert (the "RCMC defendants") filed their joint opposition to plaintiff's motion.  Doc ##154-157.  Defendants never requested leave of court to extend time for their briefing.

The Court has discretion to disregard papers filed after a filing deadline.  See Pfeil v Rogers, 757 F2d 850, 858 (7th Cir 1985).  The court will, however, allow the additional late briefing on the condition that the RCMC defendants reimburse plaintiff for the cost of plaintiff's additional reply.  "The district court is given broad discretion in supervising the pretrial phase of litigation."  Arakaki v Lingle, 477 F3d 1048, 1069 (9th Cir 2007); see also Annis v Arrow Trucking Co, 2006 WL 2193277, 2 (ND Okla 2006) (citing Northern District of Oklahoma Civil Local Rule 7.2(f), which states: "[I]n the discretion of the Court, the party failing to respond [to a dispositive motion] shall be subject to sanctions, including but not limited to all attorney fees and costs incurred by the moving party in connection with such failure to timely oppose the motion.")

\\
\\
\\
\\
\\
\\
\\

The hearing on plaintiff's motion, currently set for May 3, 2007, is vacated and continued to June 7, 2007 at 2:00 pm. Plaintiff is to file its additional reply on or before May 11, 2007. Plaintiff is to submit its application for attorney's fees and costs associated with the additional briefing on or before May 18, 2007.

IT IS SO ORDERED.

VAUGHN R WALKER

United States District Chief Judge