Case 3:06-cv-04945-VRW   Document 173   Filed 05/18/2007   Page 1 of 2

James D. Curran, Esq. SBN 126586
WOLKIN · CURRAN, LLP
555 Montgomery Street, Suite 1100
San Francisco, California 94111
Telephone: (415) 982-9390
Facsimile: (415) 982-4328

E-Fil—

Attorneys for Plaintiff,
FIDELITY AND GUARANTY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDELITY AND GUARANTY INSURANCE COMPANY, an Iowa corporation,<br><br>Plaintiff,<br><br>v.<br><br>RCMC, INC., a California corporation; RCMC, INC. dba Rainbow Construction; RCMC, INC. dba Rainbow Construction dba Soave Concrete; PETER A. RICHARDSON, an individual; HELON L. CHICHESTER, an individual; JAMES W. LAMBERT, an individual; DOUGLAS Y. ANDERSON, an individual; MARLA N. ANDERSON, an individual; MICHAEL A. SOAVE, an individual; MARTHA S. SOAVE, an individual; CLIFFORD M. MCCLURE, an individual; DIANA MCCLURE, an individual; RICHARD M. MOSER, an individual; JACOBA P. MOSER, an individual,<br><br>Defendants. | Case No. C 06-04945 VRW<br><br>[Proposed] ORDER GRANTING STIPULATION RE DISCLOSURE OF EXPERT WITNESSES AND REPORTS<br><br>Judge: Honorable Vaughn R. Walker<br>Location: Courtroom 6, 17th Floor<br>450 Golden Gate Avenue<br>San Francisco, California<br>Trial Date: None Set |

In consideration of the "Stipulation Re Disclosure Of Expert Witnesses and Reports," and the status of this case, and good cause appearing therefore, this Court makes the following determinations and order:

1.

1   On December 6, 2006, this Court issued its Case Management Scheduling Order
2   ("CMOS") as document number 98 in this case.
3   The CMOS requires all parties to exchange expert witness disclosures and reports on
4   May 22, 2007, and rebuttal reports by June 5, 2007.
5   In the same CMOS, the trial date was set for June 18, 2007. Since then, the trial date
6   in this case has been vacated, and the hearing date for the motion for summary judgment
7   filed by plaintiff FIDELITY AND GUARANTY INSURANCE COMPANY ("Fidelity")
8   has been continued from May 3, 2007, to June 7, 2007.
9   Given the importance of Fidelity's summary judgment motion, and the lack of a trial
10  date, there does not appear to be a need to generate and exchange expert witness lists and
11  reports by May 22, 2007, with rebuttals on June 5, 2007. Additionally, this Court's decision
12  on Fidelity's motion for summary judgment could eliminate the need for, or change the
13  scope of, the parties' respective expert witness disclosures and reports.
14  All parties have stipulated to vacate the dates currently set for the deadlines for
15  exchanging expert witness lists and reports, and to reset those dates for a period of time after
16  this Court's decision on Fidelity's motion for summary judgment.
17  There is a Pretrial Conference scheduled for Tuesday, July 24, 2007. The dates for
18  the exchanging of expert witness lists and reports will be scheduled during the Pretrial
19  Conference.

20  **IT IS SO ORDERED.**
21  Dated: 5/21, 2007

By: *Jeffrey White* (signature)
Judge Jeffrey S. White
United States District Court
Northern District of California

2.

[Proposed] ORDER GRANTING STIPULATION RE DISCLOSURE OF          CASE NO. C 06-04945 VRW
EXPERT WITNESSES AND REPORTS